**IN RE: Petition of A.K., Parent of S.S.**

**1239 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

2016–CV–2033 (Lackawanna)

Affirmed

■

**COM.**

v.

**RUIZ, M.**

**1276 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–36–CR–0003468–1991 (Lancaster)

Affirmed

■

**COM.**

v.

**RIVERA, N., Jr.**

**1364 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–36–CR–0004301–2000, CP–36–CR–0004302–2000, CP–36–CR–0004303–2000, CP–36–CR–0004304–2000, CP–36–CR–0004305–2000, (Lancaster)

Affirmed

■

**LEE, Dr. K.**

v.

**NORRIS PLUMBING & HEATING, INC.**

**1419 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

2014–4888 (Centre)

Affirmed

■

**COM.**

v.

**TEATS, A.**

**1437 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–21–CR–0002469–2015 (Cumberland)

Affirmed